# In the United States Court of Federal Claims

| | |
|---|---|
| SHUTTLEWAGON, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>INNOVATIVE QUALITY SOLUTIONS, )<br>LLC, )<br>)<br>Defendant-Intervenor. )<br>) | No. 21-796C<br><br>Filed February 12, 2021 |

### ORDER

On February 3, 2021, the government filed a notice of corrective action in the above-captioned CICA stay override matter stating that the U.S. Department of Transportation has withdrawn the CICA stay override at issue in this matter and issued a stop-work order for the contract at issue. ECF No. 27. The government also represents that it intends to file a motion to dismiss this matter for lack of subject-matter jurisdiction. To date, the government has not filed a motion to dismiss and oral arguments on plaintiff's motion for a preliminary injunction are scheduled for Tuesday, February 16, 2021, at 2:00 p.m. Eastern Time. In light of the foregoing, the parties shall **FILE** a joint status report regarding the status of the CICA stay in this case on or before **February 16, 2021, at 10:00 a.m. Eastern Time**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge